UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>DANIEL DEJONG, et al.,<br><br>        Defendants. | Case No.  14-cv-00546-KAW<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT STATUS REPORT REGARDING SERVICE**<br><br>Re: Dkt. No. 9 |

Plaintiff commenced the above-captioned case on February 5, 2014.  (Compl., Dkt. No. 1.)  An initial case management conference was set for May 6, 2014.  (Scheduling Order, Dkt. No. 6.)  That initial case management conference was continued on Plaintiff's request.  (Pl.'s Letter, Dkt. No. 9.)  In her request for a continuance, Plaintiff indicated that the parties were in the process of resolving an issue related to service.  *(Id.)*  As of the filing of this order, no certificate of service has been filed in this case.  Instead, Plaintiff filed a motion to appear by telephone at the initial case management conference currently scheduled for June 24, 2014.  (Pl.'s Mot., Dkt. No. 11.)

Accordingly, Plaintiff shall file a status report within 7 days of this order.  In the status report, Plaintiff shall update the Court on the parties' progress on the service issue.  The initial case management conference currently scheduled for June 24, 2014 is continued to July 8, 2014.  Plaintiff's motion to appear by telephone is terminated as moot.

**IT IS SO ORDERED.**

Dated: June 12, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge