UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA SMITH,<br><br>      Plaintiff,<br><br>      v.<br><br>DANIEL DEJONG, et al.,<br><br>      Defendants. | Case No. 14-cv-00546-TEH<br><br>**ORDER TO SHOW CAUSE AND ORDER VACATING TRIAL AND PRETRIAL DATES** |

The parties' joint pretrial conference statement and jointly proposed jury instructions were due on October 16, 2015.  Instead of these joint filings, the parties each filed their own separate statements, as well as their own separately proposed jury instructions.  It appears from the parties' filings that they simply did not prioritize this case enough to complete the meet-and-confer process in time to comply with this Court's pretrial filing deadlines.  Accordingly, IT IS HEREBY ORDERED that the parties shall show cause on **November 2, 2015, at 10:00 AM**, as to why monetary sanctions should not be imposed for their failure to file a joint pretrial conference statement and jointly proposed jury instructions in compliance with the September 26, 2014 Order for Pretrial Preparation.  Any written response shall be filed no later than **October 28, 2015.**

IT IS FURTHER ORDERED that the trial date, pretrial conference date, and all deadlines calculated based on the trial date (except for the motion in limine filing deadline that has already passed) are hereby VACATED.  The parties shall meet and confer on a new trial date and shall discuss their proposed dates with this Court's courtroom deputy.

//

//

//

1  Once the parties agree on a date that is available on the Court's calendar, the Court will
2  issue an order setting the new trial date, a new pretrial conference date, and related
3  deadlines.

**IT IS SO ORDERED.**

Dated:   10/21/15

_____
THELTON E. HENDERSON
United States District Judge