1
2
3          UNITED STATES DISTRICT COURT
4         NORTHERN DISTRICT OF CALIFORNIA
5
6   YOLANDA SMITH,
                                              Case No. 14-cv-00546-TEH
7           Plaintiff,
8       v.                                    **ORDER VACATING ORDER TO
                                              SHOW CAUSE**
9   DANIEL DEJONG, et al.,
10          Defendants.
11

12        The Court has reviewed counsel's timely written responses to the October 21, 2015

13  Order to Show Cause.  While counsel should have been able to comply with the pretrial

14  deadlines as ordered – and it appears that they could have done so had they prioritized this

15  case more highly – the Court opts not to impose monetary sanctions for these violations.

16  Accordingly, the November 2, 2015 order to show cause hearing is hereby VACATED.

17  The violations will, however, be considered if counsel fail to comply with any other rules

18  or orders in the future.

19

20  **IT IS SO ORDERED.**

21

22  Dated:   10/29/15                    _____
23                                       THELTON E. HENDERSON
                                         United States District Judge
24
25
26
27
28

United States District Court
Northern District of California