UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOLANDA SMITH,

    Plaintiff,

    v.

DANIEL DEJONG, et al.,

    Defendants.

Case No. 14-cv-00546-TEH

**ORDER RESETTING TRIAL AND PRETRIAL DATES**

This case was originally scheduled to begin trial on November 10, 2015. The Court vacated that date on October 21, 2015, after the parties failed to timely file a joint pretrial conference statement and jointly proposed jury instructions. Despite twice receiving available dates from this Court's courtroom deputy, the parties did not propose a new trial date until the Court ordered them to file a joint case management statement by February 16, 2016.

At the February 22, 2016 case management conference, trial was set to begin on **December 6, 2016, at 9:00 AM**. The pretrial conference was scheduled for **November 21, 2016, at 3:00 PM**.

The Court now sets the following related deadlines:

- Pursuant to the parties' joint proposal, expert discovery shall be completed on or before **September 2, 2016**.
- No new motions in limine may be filed. Oppositions or statements of non-opposition to the motions in limine that have already been filed are due on or before **November 7, 2016**.

//

//

1  • The parties shall file a <u>joint</u> pretrial conference statement, proposed jury
2  instructions, and any proposed special verdict forms, in compliance with the Court's
3  September 16, 2014 Order for Pretrial Preparation, on or before **November 10, 2016**.
4  • Exhibits shall be lodged no later than **November 29, 2016**.

6  **IT IS SO ORDERED.**

8  Dated:   02/24/16                                    _____
                                                         THELTON E. HENDERSON
9                                                        United States District Judge