**TODD H. MASTER [SBN: 185881]**
**tmaster@hrmrlaw.com**
**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'Farrell Street, Suite 280
San Mateo, CA  94403
Telephone:  (650) 365-7715
Facsimile:  (650) 364-5297

Attorneys for Defendants
DANIEL DEJONG and DANIEL BLUM

**HOWARD ROME MARTIN & RIDLEY LLP**
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA  94403
TELEPHONE (650) 365-7715

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| YOLANDA SMITH, individually and as the Successor in interest of AMOS SMITH, Jr., | Case No. C 14-00546 TEH (LB) |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND ORDER [FRCP 41 (a) (1)]** |
| vs. | |
| DANIEL DEJONG, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiff YOLANDA SMITH, individually and as the Successor in Interest of AMOS SMITH, Jr., against Defendants DANIEL DEJONG and DANIEL BLUM (collectively, "defendants") and all others is dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

HOWARD ROME MARTIN & RIDLEY LLP

Date:  August 25, 2016

By: /s/ Todd H. Master
  Todd H. Master
  Attorneys for Defendants
  DANIEL DEJONG and DANIEL BLUM

LAW OFFICES OF JOHN L. BURRIS

Date:  August 25, 2016

By /s/ Adante Pointer
  Adante Pointer
  Attorneys for Plaintiff
  YOLANDA SMITH, individually and as the
  Successor in interest of AMOS SMITH, Jr.

## ORDER

  This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: _____8/25_____, 2016

Honorable Thelton E. Henderson
Senior United States District Court Judge

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715